Eastern District of Kentucky
FILED

JAN 0 3 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CIVIL ACTION NO. 2:23-cv-00055-DLB-CJS

***ELECTRONICALLY FILED***

JAMES DIMITT; and
AVA DIMITT                                                          PLAINTIFFS

V.

STATE FARM FIRE AND CASUALTY COMPANY                                DEFENDANT

## AGREED ORDER OF DISMISSAL

The Plaintiffs, JAMES DIMITT and AVA DIMITT, and the Defendant, STATE FARM FIRE AND CASUALTY COMPANY, having advised the Court that they have fully and finally settled all claims by and between themselves, raised, or could have been raised, herein, to their complete and mutual satisfaction, and the Court being fully and sufficiently advised;

**IT IS HEREBY ORDERED and ADJUDGED** that all claims raised, or could have been raised, by and between the Plaintiffs, JAMES DIMITT and AVA DIMITT, and the Defendant, STATE FARM FIRE AND CASUALTY COMPANY in the subject action, shall be and are hereby **ORDERED DISMISSED**, with prejudice, as settled with each party to bear their respective costs. There being no just reason for delay, this is adjudicated a FINAL ORDER.

The Plaintiffs, JAMES DIMITT and AVA DIMITT, individually and by counsel, acknowledge to the Court, receipt in full of the amount agreed upon in settlement hereof.

**IT IS FURTHER ORDERED** that this case is hereby stricken from the docket and filed away.

SO ORDERED this 3rd day of January, 2025.



**Signed By:**
*David L. Bunning*
**United States District Judge**

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KY – COVINGTON DIV.

**HAVE SEEN AND AGREED:**

_____
RANDY J. BLANKENSHIP
*Attorney for Plaintiff, James Dimitt; and Ava Dimitt*

_____
DARRIN W. BANKS
*Attorney for Defendant, State Farm Fire and Casualty Company*

**CLERK'S DISTRIBUTION:**

Randy J. Blankenship, Esq.
Ziegler & Schneider, P.S.C.
P.O. Box 175710
Covington, KY 41017

Darrin W. Banks, Esq.
Porter, Banks, Baldwin & Shaw, PLLC
P.O. Drawer 1767
Paintsville, KY 41240-1767

_____
CLERK'S INITIALS & DATE